Michael L. Foster D-11452
P.O. Box 5246 Fac D1 243
Corcoran, CA 93212
Unrepresented Plaintiff

FILED
MAY 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RECEIVED
MAY -6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Michael L. Foster,
    Plaintiff,

vs.

Dr. Godwin Ugwueze, M.D.,
    Defendant.

Case No.: 1:13CV00659 MJS—PC

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

[JURY TRIAL DEMAND]

## PRELIMINARY STATEMENT

1. This is a civil rights complaint filed by Michael L. Foster ("plaintiff"), a state prisoner for compensatory and punitive damages under 42 U.S.C. §1983 alleging deliberate indifference to plaintiff's serious medical need, causing plaintiff cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution.

## JURISDICTION AND VENUE

2. Plaintiff has suffered damages traceable to the actions of defendant and the action is a case or controversy over which this Court has jurisdiction under the United States Constitution.

3. This action is brought pursuant to 42 U.S.C. §1983. Therefore, jurisdiction is proper under 28 U.S.C. §§1331 and 1343.

-1-

4. The events giving rise to the claims alleged in this complaint arose in Corcoran, California. Therefore, venue is proper under 28 U.S.C. §1391(b)(2).

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Plaintiff has completely complied with 42 U.S.C. §1997e, the Prisoner Litigation Reform Act and has exhausted all administrative remedies available.

### PARTIES

6. Plaintiff Michael L. Foster is currently a resident of Kings County, California, and at all times relevant, plaintiff was a Kings County, California resident.

7. Defendant Dr. Godwin Ugwueze, M.D. is believed by plaintiff to be duly licensed to practiced medicine in the State of California. Defendant is sued in his individual and official capacities.

### FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

8. On June 8, 2010, plaintiff was seen by defendant due to an ongoing parotid gland dysfunction. Plaintiff informed defendant that a tumor had been removed but it still drains saliva which led plaintiff to contract xerostomia, a condition that causes dry mouth.

9. Defendant dismissed plaintiff's claims when a correctional officer interrupted by stating: "Foster, your 15 minutes is up." Then when that officer asked defendant was he finished with plaintiff, defendant stated: "Yes."

10. Plaintiff once again tried to explain to defendant, that everytime he eats anything the saliva gland constantly drains. However, defendant refused to offer any recommendations for treatment or refer plaintiff to a specialist for a possible course of treatment.

11. Defendant, during the visit with plaintiff had in his presence, plaintiff's medical file. Defendant was completely aware of the surgery and the subsequent complaints about the draining in plaintiff's neck, which defendant was personally

-2-

informed of in the past by plaintiff.

## FIRST CAUSE OF ACTION
### Deliberate Indifference

12. Plaintiff hereby incorporates by reference paragraphs 1 through 11 as though fully set forth herein.

13. Because plaintiff was a patient of defendant, defendant had a duty under federal regulations, the Eighth Amendment to the U.S. Constitution (which was designed for the protection and benefits of patients like plaintiff) to provide him care, comfort and safety. Specifically but not by way of limitation, defendant had a duty to, among other things:

a. monitor and record plaintiff's condition and to report meaningful changes therein, as well as to train and supervise personnel with regard to the same;

b. prevent, diagnose and treat the excessive and continuous draining of saliva in plaintiff's neck and to ensure that it would not become infected;

c. note and properly react to emergent conditions, and to timely transfer plaintiff to an acute care facility or otherwise act when conditions so indicated;

d. establish and implement a patient care plan for plaintiff based upon and including without limitation an ongoing process of identifying his care needs;

e. maintain accurate records of plaintiff's condition and activity;

f. accord to plaintiff an individual's dignity and respect, and not subject him to indifference;

g. properly and accurately administer medication and medical care;

h. monitor, record, report and treat changes in plaintiff's weight;

i. ensure his nutritional protocol was followed and dietary needs met;

j. ensure that plaintiff was not subjected to acts of indifference;

k. protect plaintiff from health and safety hazards; and

l. care for plaintiff in a non-indifferent manner, as well as to train and supervise personnel with regard to same.

14. Upon information and belief, defendant acted with deliberate indifference with regard to plaintiff. Specifically, defendant had a duty to exercise the degree of care and skill ordinarily exercised in like cases by reputable members of the health care profession similarly providing medical care in the same locality under similar circumstances in respect to their care of their patients, such as plaintiff.

15. the acts of defendant, were at the very least, indifferent in light of his failure to recognize that plaintiff was being subjected to these random acts of deliberate indifference.

16. As a direct and proximate result of the breach of these duties by defendant plaintiff sustained physical injury and other damages, all in a sum according to proof at trial, which plaintiff is entitled to recover along with reasonable fees and costs.

17. As a direct and proximate result of defendant's breaches of care as alleged above, plaintiff suffered personal injury and is thus entitled to damages in an amount to be proven at the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff pray for judgment against defendant, as follows:

For general and special damages according to proof at trial;

For treble damages;

For punitive and/or exemplary damages according to proof at trial;

For cost of the suit incurred herein;

For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Michael L. Foster demands a trial on all claims for which a jury is permitted.

Dated: January 10, 2013

-4-

Respectfully Submitted,

*Michael L. Foster*
Michael L. Foster
Unrepresented Plaintiff

## VERIFICATION

I, Michael L. Foster, plaintiff in this action, have read the foregoing complaint and hereby verify that matters alleged therein are true and correct, except to matter alleged on information and belief and as to those, I believe them to be true. I swear under penalty of perjury pursuant to 28 U.S.C. §1746 the foregoing is true and correct.

Executed on this 10th day of January 2013 at Corcoran, California.

*Michael L. Foster*
Michael L. Foster

FOSTER_____, CDCR # D-11452
CSATF - STATE PRISON @ CORCORAN
Post Office Box 5242 - Housing/Cell No. _____
Corcoran, California   93212-5242

In Propria Persona

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| FOSTER_____, | CASE NO. _____ |
|---|---|
| Petitioner/Plaintiff, | |
| Vs. | **PROOF OF SERVICE** |
| UISWUEZE_____, | |
| Respondent(s)/Defendant(s), | |

I, the undersigned, hereby declare that I am a party to the above entitled action, over the age of 18 years; and, a citizen of the United States.

On the _____ day of FEBURARY, 20 13, I caused the following identified legal instrument to be served: ~~~~~~ 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT

by placing a true and correct copy of said legal instrument in an envelope addressed to the person(s) whose name(s) appear below with postage prepaid then surrendering said envelope to a California Correctional Peace Officer stationed at the California Substance Abuse Treatment Facility at Corcoran, California to be processed into the United States Postal Delivery System pursuant to established prison regulations for prompt delivery:

I declare under penalty of perjury that the foregoing information is true and correct.

_Michael Foster_
Declarant
MICHAEL  FOSTER