# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. FOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>M.D. GODWIN UGWUEZE,<br><br>        Defendant.<br>_____/ | CASE NO.   1:13-cv-0659-LJO-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT<br><br>(ECF No. 11) |

    Plaintiff Michael L. Foster ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff here moves to amend his Complaint because he has found an additional party to name as a defendant in the action. (ECF No. 11.)  However, the Court previously dismissed Plaintiff's Complaint for failure to state a claim and gave him leave to amend. (ECF No. 9.) Plaintiff has since filed a First Amended Complaint that names the new party as a defendant in this action.  (ECF No. 10.

    Accordingly, Plaintiff's motion to amend is DENIED as moot.

IT IS SO ORDERED.

Dated:   July 23, 2013                       /s/ *Michael J. Seng*
                                                                                 UNITED STATES MAGISTRATE JUDGE