# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GODWIN UGWUEZE, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-00659-LJO-MJS (PC)<br><br>ORDER ADOPTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 55)<br><br>CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

Plaintiff is a state prisoner proceeding *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On November 20, 2015, the parties filed a stipulation for voluntary dismissal with prejudice.  (ECF No. 55.)

The stipulation is HEREBY APPROVED and the action is DISMISSED with prejudice.  The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

　　Dated:   **November 23, 2015**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE